SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 2015–5141.

United States Court of Appeals, Federal Circuit.

April 12, 2016.

Barry W. Krengel, Dolchin, Slotkin & Todd, P.C., Philadelphia, PA, argued for petitioner-appellant.

Heather Lynn Pearlman, Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Gabrielle M. Fielding, Vincent J. Matanoski, Rupa Bhattacharyya, Benjamin C. Mizer.

DYK, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

CLEAN AIR ENGINEERING MARITIME, INC., Plaintiff–Appellee

v.

ADVANCED CLEANUP TECHNOLOGIES, INC., Advanced Environmental Group, LLC, Defendants–Appellants.

No. 2015–1546.

United States Court of Appeals, Federal Circuit.

April 12, 2016.

Mieke K. Malmberg, Glaser, Weil, Fink, Jacobs, Howard, Avchen & Shapiro LLP, Los Angeles, CA, argued for plaintiff-appellee. Also represented by Adrian Mary Pruetz, Dan Liu.

Steven Erick Lauridsen, Tucker Ellis LLP, Los Angeles, CA, argued for defendants-appellants. Also represented by Howard Alan Kroll.

DYK, SCHALL, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.